FILED: April 8, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-4211

(1:14-cr-00010-MR-DLH-3)

_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

YAIR GUZMAN-ORTEGA, a/k/a Alex, a/k/a Chaparo

       Defendant - Appellant

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Western District of North Carolina at Asheville |
| Originating Case Number | 1:14-cr-00010-MR-DLH-3 |
| Date notice of appeal filed in originating court: | 04/08/2015 |
| Appellant (s) | Yair Guzman-Ortega |
| Appellate Case Number | 15-4211 |
| Case Manager | RJ Warren<br>804-916-2702 |