UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

November 10, 2015

_____

RULE 46 NOTICE-REQUIRED CERTIFICATE
_____

No. 15-4211,   US v. Yair Guzman-Ortega
              1:14-cr-00010-MR-DLH-3

TO:   Joseph Michael McGuinness

**CERTIFICATE DUE:** November 25, 2015

The court has not received the certificate identified below, which is now overdue. Please take notice that counsel's continued noncompliance with this court's filing requirements will be subject to referral to the Standing Panel on Attorney Discipline pursuant to Local Rule 46(g) unless the required form(s) are received in the clerk's office within 15 days of the date of this notice.

> [X] **Certificate of service for Anders brief** showing service of <u>Anders</u> brief on defendant with <u>notice that counsel communicated the substance of the Anders brief and the defendant's right to file a pro se supplemental brief to the defendant in his native language, either orally or in writing.</u>

RJ Warren, Deputy Clerk
804-916-2702